IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYSHEED DAVIS,<br>    Plaintiff | : <br> : <br> : |
| v. | :     CIVIL ACTION NO. 22-CV-0750 <br> : |
| MICHAEL I. MCDERMOTT,<br>    Defendant | : <br> : |

**ORDER**

AND NOW, this 18th day of November, 2022, upon consideration of Tysheed Davis's Amended Complaint (ECF No. 21), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this matter.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER, J.